**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-CV-00998-LTB-PAC

CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO POLICY
NUMBER 643/SE816580X
            Plaintiff,

vs.

EQUITYLINK I, INC., a Colorado corporation, et al.
            Defendants.

_____

ORDER

_____

        THIS MATTER, having come before the Court as a result of the Status Report filed

by EquityLink I, Inc., EquityLink LLC, (the "EquityLink Entities"), and Residential Mortgage

Acquisition Corporation, Residential Property Management Specialists, Inc., William J.

Turner, James B. Elder, and John Hamner (the "Non-Debtor Defendants"), and the Court

being fully advised, hereby

        ORDERS as follows:

1.      This matter is referred to Magistrate Coan for a settlement conference.

2.      The EquityLink Entities and the Non-Debtor Defendants shall file a status
        report within ten days following the conclusion of such settlement
        conference. At that time, the Court will review the status report and set an
        answer date, if necessary.

        DONE this    3rd    day of    January   , 2006.

                                        BY THE COURT:


                                          s/Lewis T. Babcock
                                        Lewis T. Babcock, Chief Judge
                                        United States District Court