## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00998-LTB-PAC

CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO POLICY NUMBER 643/SE816580X
   Plaintiff,

vs.

EQUITYLINK I, INC., a Colorado corporation;
EQUITYLINK, LLC, a Colorado limited liability company;
RESIDENTIAL MORTGAGE ACQUISITION CORPORATION, a Colorado corporation;
RESIDENTIAL PROPERTY MANAGEMENT SPECIALISTS, INC., a Colorado corporation;
WILLIAM J. TURNER;
JAMES B. ELDER;
JOHN HAMNER;
MARY LUCERO, individually;
STEVEN E. DEHERRERA, and
DONNA M. LEWIS; for themselves and all other similarly situated,
   Defendants.
_____

### ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal (Doc 31 - filed October 16, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

        BY THE COURT:

         s/Lewis T. Babcock
        Lewis T. Babcock, Chief Judge
        United States District Court

DATED: October 17, 2006